United States District Court
Southern District of Texas
**ENTERED**
June 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| WILBER BISMARK OPORTA CHAVARRIA, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-04133 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RANDY TATE, *et al*, | § | |
| Respondents. | § | |

# ORDER

Petitioner Wilber Bismark Oporta Chavarria filed a petition for writ of *habeas corpus* under 28 USC §2241 on May 26, 2026. Dkt 1.

Prior order noted that Petitioner references statutory and regulatory frameworks that relate to apprehension and detention after a final order of removal. Dkt 4 at 2. The Government was ordered to show cause with a filing to establish the propriety of Petitioner's continued detention. Id at 3.

Pending is a motion by the Government to dismiss or, in the alternative, for summary judgment. Dkt 5. It attaches to that motion an order for Petitioner's removal to Nicaragua. Dkt 5-2. It also attaches a declaration from Deportation Officer Robert Munoz, stating that Petitioner had been scheduled to be removed to Nicaragua on May 28, 2026, but that Petitioner was removed from this flight prior to departure. Dkt 5-3 at ¶14. He nonetheless states that Petitioner "is ready for removal and can be removed within 7 days of notice that he can be placed on a flight." Id at ¶15.

A review of online sources indicates that Petitioner is no longer in the custody of the Department of Homeland

Security. It thus remains unclear whether removal has occurred or if decision should proceed on the merits.

The Government is ORDERED to make a further filing by June 16, 2026, providing an update on Petitioner's status and whether he has been removed to Nicaragua.

SO ORDERED.

Signed on June 10, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge